Sean M. **GRIFFIN**, Claimant–Appellant,

v.

Eric K. **SHINSEKI**, Secretary of Veterans Affairs, Respondent–Appellee.

No. 2013–7041.

United States Court of Appeals, Federal Circuit.

Dec. 5, 2013.

Omar A. Khan, Wilmer Cutler Pickering Hale and Dorr, LLP, of New York, New York, argued for claimant-appellant. With him on the brief were Lauren Clark and Jacob Warren.

Domenique Grace Kirchner, Trial Attorney, Commercial Litigation Branch, Civil Division, United States Department of Justice, of Washington, DC, argued for respondent-appellee. On the brief were Stuart F. Delery, Acting Assistant Attorney General, Jeanne E. Davidson, Director, Martin F. Hockey, Jr., Assistant Director, and Shari A. Rose, Trial Attorney. Of counsel on the brief were Michael J. Timinski, Deputy Assistant General Counsel, and Amanda Blackmon, Staff Attorney, United States Department of Veterans Affairs, of Washington, DC.

DYK, O'MALLEY, and CHEN, Circuit Judges.

**JUDGMENT**

PER CURIAM.

THIS CAUSE having been heard and considered, it is ORDERED AND ADJUDGED:

**AFFIRMED.** *See* **Fed. Cir. R. 36.**